UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Marlene Abraham<br><br><br><br><br>Debtor(s)<br>Marlene Abraham<br><br><br>Plaintiff(s)<br>Morgan Stanley Mortgage Capital Holdings LLC<br>and Specialized Loan Servicing LLC<br><br>Defendant(s) | ) BK No.:   16-35617<br>)<br>)<br>) Chapter: 13<br>)<br>) Honorable Janet S. Baer<br>)<br>)<br>)<br>) Adv. No.: 16-00690<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFAULT JUDGMENT VALUING CLAIM OF MARLENE ABRAHAM

On November 17, 2016, the debtor(s) filed an adversary complaint to value the claim of the defendant secured by a lien against the property commonly known as 3816 W Howard St, Skokie, IL 60076 (address) with real estate tax pin number 10-26-117-045-0000; 10-26-117-046-0000 (the "property"). The defendant has not answered or otherwise pled to the complaint and is in default.

IT IS HEREBY ORDERED that judgment is entered in favor of the debtor(s) and against the defendant as follows:

1. For purposes of the Chapter 13 plan only, any claims asserted by the defendant stemming from its Mortgage Lien (identified by the last four digits of the account number as 4241) against the property are entirely unsecured pursuant to 11 U.S.C. § 506(a) given the value of the property and the amount of senior liens.

2. Any timely filed proof of claim of the defendant for the Mortgage Lien will be treated as an unsecured claim in the Chapter 13 plan.

3. Upon completion of the Chapter 13 plan
   ☑   and entry of a discharge
the defendant's Mortgage Lien will be deemed satisfied pursuant 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a).

Enter:

*Donald R. Cassling*

Dated: **1 9 JAN 2017**                                   United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates, Ltd.
4131 Main St,

Rev: 20151125_apo

Skokie, IL 60076
Phone: (847) 673-8600